# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANISSA TILLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-1027 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| LIFECARE MANAGEMENT | ) | |
| SERVICES, LLC, *d/b/a New Lifecare* | ) | |
| *Management Services*, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

In an Order dated August 12, 2013, the court dismissed without prejudice Plaintiff's Complaint under 28 U.S.C. § 1915(e)(2)(B)(ii).  *See* Doc. 3 at 3.  The Court further ordered that, if Plaintiff did not amend her pleadings by August 28, 2013, the dismissal would be converted to one with prejudice.  *Id.*

August 28th has come and gone, and Plaintiff has not filed an amended complaint. Consistent with the Court's August 12th Order, this case hereby is **DISMISSED WITH PREJUDICE**.  *See* Roche v. Atty. Gen'l, 2011 WL 956068, *1 n.3 (3d Cir. Mar. 21, 2011) (affirming dismissal under same circumstances, because, where party is afforded opportunity to amend but does not do so, she thereby declares intention to stand on initial pleadings) (citation omitted).

IT IS SO ORDERED.

September 5, 2013                                     s\Cathy Bissoon_____
                                                                    Cathy Bissoon
                                                                    United States District Judge

cc (via First-Class U.S. Mail):

Anissa Tillman
P.O. Box 2842
Lower Burrell, PA  15068